# JS-6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PETUNIA PRODUCTS, INC. doing business as BILLION DOLLAR BROWS, a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIME BEAUTY CO. LLC, a Utah limited liability company; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 8:21-cv-01930-CJC (JDEx)<br><br>Assigned to:<br>Honorable Judge Cormac J. Carney<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [21]** |

　　Having read the stipulation of the parties dismissing this action with prejudice, as to Defendant DIME BEAUTY CO. LLC, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that the action against Defendant DIME BEAUTY CO. LLC be, and is, hereby dismissed in their entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

Date: May 3, 2022　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney

# DECLARATION OF ELECTRONIC SERVICE

*Petunia Products, Inc. v. Dime Beauty Co. LLC*

**Central District of California Case No. 8:21-cv-01930-CJC (JDEx)**

Service of the attached document was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5-3.2.1, which provides: "Upon the electronic filing of a document, a 'Notice of Electronic Filing' ("NEF") will be automatically generated by the CM/ECF system and sent by e-mail to: (1) all attorneys who have appeared in the case in this Court and (2) all pro se parties who have been granted leave to file documents electronically in the case pursuant to L.R. 5-4.1.1 or who have appeared in the case and are registered to receive service through the CM/ECF System pursuant to L.R. 5-3.2.2. Unless service is governed by F.R. Civ.P. 4 or L.R. 79-5.3, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil and Criminal Procedure, and the NEF itself will constitute proof of service for individuals so served".

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 2, 2021, at Newport Beach, California.

By: *David A. Berstein*
David A. Berstein